In the Matter of the Application of Julius Gartner, Appellant, for a Peremptory Writ of Mandamus, Directing the Examining Board of Plumbers, Respondent, to Reissue a License to the Petitioner.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Thomas, Carr and Rich, JJ., concurred.

In the Matter of Proving the Last Will and Testament of Mary Oates, Deceased. John Macklin, as Executor, etc., Appellant, v. John T. Oates and Others, Respondents.—Decree of the Surrogate's Court of Richmond county reversed, and issues ordered to be tried by a jury, with costs of

the appeal to abide the event of the new trial, payable out of the estate. No opinion. Jenks, P. J., Thomas, Carr, Stapleton and Putnam, JJ., concurred. Order to be settled before the presiding justice.

In the Matter of the Application of Schwartz & Cohn, Inc., Appellant, for Leave to Withdraw Moneys, etc. Allwin Construction Company, Respondent.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Burr, Rich, Stapleton and Putnam. JJ., concurred.